PROB 12B
(7/93)

Report Date: March 25, 2011

# United States District Court

## for the

## Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

MAR 28 2011

JAMES R. LARSEN, CLERK
_____DEPUTY
RICHLAND, WASHINGTON

### Request for Modifying the Conditions or Term of Supervision with Consent of the Offender
*(Probation Form 49, Waiver of Hearing is Attached)*

| | |
|---|---|
| Name of Offender: Carol Gail Poe | Case Number: 2:09CR00079-001 |

Name of Sentencing Judicial Officer: The Honorable Edward F. Shea, U.S. District Judge

| | |
|---|---|
| Date of Original Sentence: 3/25/2010 | Type of Supervision: Probation |
| Original Offense: Mail Theft, 18 U.S.C. § 1708; Embezzlement, 18 U.S.C. § 1033(b)(1)(A) | Date Supervision Commenced: 3/25/2010 |
| Original Sentence: Probation - 36 Months | Date Supervision Expires: 3/24/2013 |

---

## PETITIONING THE COURT

To modify the conditions of supervision as follows:

24  You shall undergo a substance abuse evaluation and, if indicated by a licensed/certified treatment provider, enter into and successfully complete an approved substance abuse treatment program, which could include inpatient treatment and aftercare. You shall contribute to the cost of treatment according to your ability to pay. You shall allow full reciprocal disclosure between the supervising officer and treatment provider.

25  You shall abstain from the use of illegal controlled substances, and shall submit to urinalysis testing, as directed by the supervising officer, but no more than six tests per month, in order to confirm continued abstinence from these substances.

### CAUSE

On March 21, 2011, the offender admitted to taking one of her foster child's prescription pills, Vyvanse. She indicated that the medication is prescribed for her foster child's Attention Deficit Disorder (ADHD). Ms. Poe stated she ingested the pill on March 4, 2011. When this officer asked her why she took the pill she advised the following: "I took the pill as an appetite suppressant. Someone told me some adults take the medication as a diet pill." Ms. Poe subsequently signed the Eastern District of Washington U.S. Probation and Pretrial Services Admission of Dug Use form memorializing this non-compliant behavior.

Carol Poe signed the Waiver of Hearing to Modify Conditions of Probation/Supervised Release form. She understands the rationale behind this modification. In addition, the offender was also provided a copy of this document.

Prob 12B
Re: Poe, Carol Gail
March 25, 2011
Page 2

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:   03/25/2011

s/Brenda J. Kuest

Brenda J. Kuest
U.S. Probation Officer

## THE COURT ORDERS

[ ]  No Action
[ ]  The Extension of Supervision as Noted Above
[X]  The Modification of Conditions as Noted Above
[ ]  Other

Signature of Judicial Officer

3/25/11

Date

ED/WA
(11-7-2002)

# EASTERN DISTRICT OF WASHINGTON
## U.S. PROBATION AND PRETRIAL SERVICES
## ADMISSION OF DRUG USE

I, _Carol Gail Poe_, hereby admit that I have used the following drug(s) on the date(s) indicated below without proper medical authorization in the form of a valid prescription or physician's instructions:

took my foster child's (Teresa Post), prescription in — Vyvanse that is for her ADHD.

DRUG _____    DATE __3-4-11__

DRUG _____    DATE _____

DRUG _____    DATE _____

This admission of drug use is made voluntarily and without threat or promise, and I understand that it can be used against me in U.S. District Court or U.S. Parole Commission proceedings. An admission may also result in my being requested to participate in an assessment and/or recommended treatment.

SIGNED _Carol D. Poe_  3-21-11
Defendant/Offender        Date

_[signature]_  3-21-11
USPTSO/USPO     Date

PROB 49
(3/89)

# United States District Court

### Eastern District of Washington

### Waiver of Hearing to Modify Conditions
### of Probation/Supervised Release or Extend Term of Supervision

I have been advised and understand that I am entitled by law to a hearing and assistance of counsel before any unfavorable change may be made in my Conditions of Probation and Supervised Release or my period of supervision being extended. By "assistance of counsel," I understand that I have the right to be represented at the hearing by counsel of my own choosing if I am able to retain counsel. I also understand that I have the right to request the court to appoint counsel to represent me at such a hearing at no cost to myself if I am not able to retain counsel of my own choosing.

I hereby voluntarily waive my statutory right to a hearing and to assistance of counsel. I also agree to following modification of my Conditions of Probation and Supervised Release or to the proposed extension of my term of supervision:

To modify the conditions of supervision as follows:

24  You shall undergo a substance abuse evaluation and, if indicated by a licensed/certified treatment provider, enter into and successfully complete an approved substance abuse treatment program, which could include inpatient treatment and aftercare. You shall contribute to the cost of treatment according to your ability to pay. You shall allow full reciprocal disclosure between the supervising officer and treatment provider.

25  You shall abstain from the use of illegal controlled substances, and shall submit to urinalysis testing, as directed by the supervising officer, but no more than six tests per month, in order to confirm continued abstinence from these substances.

Witness:  _____        Signed:  _____
          Brenda Kuest                                   Carol Poe
          U.S. Probation Officer                         Probationer or Supervised Releasee

                            _____3-21-11_____
                                    Date